Black v State of New York (2023 NY Slip Op 04881)

Black v State of New York

2023 NY Slip Op 04881

Decided on September 29, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 29, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., MONTOUR, GREENWOOD, NOWAK, AND DELCONTE, JJ.

703 CA 22-00832

[*1]ANGEL BLACK, CLAIMANT-RESPONDENT,
v
STATE OF NEW YORK, DEFENDANT-APPELLANT. (CLAIM NO. 136826.) 

LETITIA JAMES, ATTORNEY GENERAL, ALBANY (TAMARA B. CHRISTIE OF COUNSEL), FOR DEFENDANT-APPELLANT. 
 

 Appeal from an order of the Court of Claims (J. David Sampson, J.), entered April 15, 2022. The order denied in part the motion of defendant to dismiss the claim. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on May 12, 2023,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: September 29, 2023
Ann Dillon Flynn
Clerk of the Court